FILED
2010 APR 13 AM 10:
CLERK US DISTRICT C
SOUTHERN DISTRICT OF CA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL FORREST McDOW (1) and<br>ARMANDO LIMON (2),<br><br>　　　　　Defendants. | Case No. 10 CR 1351 BEN<br><br>I N F O R M A T I O N<br><br>Title 21, United States Code,<br>Secs. 331(a) and 333(a)(1)<br>Misbranding of a Drug |

The United States Attorney charges:

On or about September 15, 2009, within the Southern District of California, defendants DANIEL FORREST McDOW (1) and ARMANDO LIMON (2) did introduce and deliver for introduction a drug, to wit, Mexican pharmaceuticals, that is misbranded, a misdemeanor, in violation of Title 21, United States Code, Sections 331(a) and 333(a)(1).

DATED: April 13, 2010

　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　JAIME D. PARKS
　　　　　　　　　　　　　　　Assistant U.S. Attorney

JDPA:kst:San Diego
4/13/10